# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| In the Matter of the Personal Restraint of:<br><br>BOYD KEITH STACY,<br><br><br><br>Petitioner, | No. 56110-7-II<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION, ORDER WITHDRAWING OPINION, ORDER APPOINTING COUNSEL, AND ORDER SETTING BRIEFING SCHEDULE |

Petitioner, Boyd K. Stacy, filed a motion for reconsideration of this court's unpublished opinion filed on October 19, 2021. After consideration, it is hereby

**ORDERED** that the motion for reconsideration is granted. This court's unpublished opinion filed on October 19, 2021 is withdrawn. It is further

**ORDERED** that counsel shall be appointed for Petitioner. It is further

**ORDERED** that Petitioner shall file supplemental briefing within 90 days of the entry of this order. The State shall file its supplemental response within 60 days after Petitioner files their supplemental briefing. Petitioner shall file any reply supplemental briefing within 30 days after the State files its supplemental response.

FOR THE COURT: Jj. Lee, Glasgow, Price



LEE, CHIEF JUDGE